UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                       -v-

    ANTHONY DAVIS,
                              Defendant.
---------------------------------------------------------------------X

13-CR-484-1 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       On July 23, 2021, Defendant Anthony David filed a "motion requesting judicial recommendation concerning halfway house placement." (Docket No. 131). It is hereby ORDERED that the Government shall file any opposition to that motion by **August 10, 2021**. Defendant's reply, if any, shall be filed by **August 24, 2021**. The Clerk of Court is directed to mail a copy of this Order to David at the following address:

               Anthony Davis (No.68592-054)
                      Fort Dix - FCI
            5756 Hartford & Pointville Road
                  Post Office Box 2000
         Joint Base MDL, New Jersey 08640-0902

       SO ORDERED.

Dated: July 27, 2021
       New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge