```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
   UNITED STATES OF AMERICA,                                            :
                                                                        :    13-CR-484-1 (JMF)
                       -v-                                              :
                                                                        :         ORDER
   ANTHONY DAVIS,                                                       :
                                       Defendant.                       :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On July 23, 2021, Defendant Anthony Davis filed a "motion requesting judicial recommendation concerning halfway house placement." ECF No. 131. Upon review of the parties' submissions, the motion is DENIED substantially for the reasons set forth in the Government's opposition. *See* ECF No. 135. Even assuming *arguendo* that the Court has authority to grant the motion, the Bureau of Prisons is in a better position to determine Defendant's placement given both the passage of time and the fact that Defendant was sentenced by the now-retired Judge Forrest, not the undersigned. Accordingly, the motion is DENIED.

The Clerk of Court is directed to terminate ECF No. 131 and to mail a copy of this Order to Defendant at the following address:

Anthony Davis (No.68592-054)
Fort Dix - FCI
5756 Hartford & Pointville Road
Post Office Box 2000
Joint Base MDL, New Jersey 08640-0902

SO ORDERED.

Dated: September 27, 2021
      New York, New York

                                                               JESSE M. FURMAN
                                                    United States District Judge